# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SEAN GASTON ATWOOD, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 20-0048-CG-N |
| MOBILE COUNTY METRO JAIL, et al., | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the 28th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE